```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY

                           Plaintiff,

    -against-

REINFORCED CONCRETE & MASONRY
CONSTRUCTION, INC. d/b/a BROAD
CONSTRUCTION CORP.,

                           Defendant.
-------------------------------------------------------------------X

<u>ORDER SCHEDULING TELEPHONE CONFERENCE</u>

22-CV-10421 (JHR)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 20).  A telephone conference will be held on **<u>Tuesday, July 25, 2023 at 4:30 p.m.</u>** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge