UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>     -v.-<br><br>REINFORCED CONCRETE & MASONRY CONSTRUCTION, INC. d/b/a BROAD CONSTRUCTION CORP.,<br><br>        Defendant. | 22 Civ. 10421 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court is in receipt of Defendant Reinforced Concrete & Masonry Construction, Inc.'s July 24, 2023 notice advising that, on June 22, 2023, it filed a voluntary petition for relief pursuant to Chapter 7, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York.  *See* ECF No. 24.

  IT IS HEREBY ORDERED that, pursuant to Section 362 of the Bankruptcy Code, Reinforced Concrete & Masonry Construction, Inc. is entitled to an automatic stay of this case pending further order of the Court.  *See* 11 U.S.C. § 362(a)(1) (the filing of a Chapter 7 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [Chapter 7] case").

  IT IS FURTHER ORDERED that, by **November 28, 2023**, the parties shall submit a joint letter regarding the status of the bankruptcy proceedings.[1]

---

[1] Any submission will not constitute a waiver or modification of the application of the automatic stay.

IT IS FURTHER ORDERED that the parties shall continue to submit status updates every ninety (90) days thereafter regarding the status of the bankruptcy proceedings and their impact on the automatic stay of this case.

The Clerk of Court is directed to stay this case.

SO ORDERED.

Dated: July 28, 2023
New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge