UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :

AMERICAN EMPIRE SURPLUS LINES INSURANCE   :
COMPANY,                                             :

                            :        22-CV-10421 (JAV)

                 Plaintiff,     :

                            :          ORDER

      -v-                       :

                            :

REINFORCED CONCRETE & MASONRY         :
CONSTRUCTION, INC. d/b/a BROAD          :
CONSTRUCTION CORP.,                :

                            :

                 Defendant.    :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      By Order dated July 28, 2023, ECF No. 26, Judge Rearden ordered the parties to provide status reports on the Reinforced Chapter 11 proceeding.  Pursuant to this Court's Order dated February 27, 2025, ECF No. 32, the parties were required to file a joint status report every 90 days in this matter, so that the Court can determine whether the continuation of the stay of this matter is still appropriate.  The most recent status letter was due on December 1, 2025.  To date, Plaintiff has not filed the status letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 20, 2026, and every 90 days thereafter.**

      SO ORDERED.

Dated: January 13, 2026
       New York, New York       _____
                                    JEANNETTE A. VARGAS
                                  United States District Judge